**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CHARLES A ROWE and WENDY L ROWE,**

    Plaintiffs,

v.                                                                           Case No: 5:22-cv-50-PRL

**UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE, THOMAS J. VILSACK and RANDY MOORE,**

    Defendants.

## ORDER

As set forth in the Mediator's Second Report filed by Gary Salzman (Doc. 27), the parties were scheduled to continue the mediation of this case on October 20, 2022. That date passed, and because no mediation report was filed on the docket, the Court entered an order directing mediator Gary Salzman to show cause why the mediation report was not filed. (Doc. 28). Due to a clerical error, however, the order (Doc. 28) was not mailed to Mr. Salzman as directed. Meanwhile, upon inquiry, the Clerk has been notified by Mr. Salzman's office that the parties are in the process of settling this case and that they cancelled the mediation scheduled for October 20, 2022.

Accordingly, upon due consideration, the prior order (Doc. 28) is discharged. By written response filed within 10 days of the entry date of this Order, the parties are directed to show cause why the Court should not enter an order dismissing the case subject to the right

of a party to move within a stated time to re-open the case for entry of a stipulated final order or for a judgment or for further proceedings, pursuant to Local Rule 3.09.

**DONE** and **ORDERED** in Ocala, Florida on November 29, 2022.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties